UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| AVIVA BUCK-YAEL )<br>Plaintiff(s), )<br>)<br>)<br>v. )<br>)<br>WASHINGTON UNIVERSITY )<br>Defendant(s). )<br>) | Case No. 4:23-cv-00492-JAR |

**ALTERNATIVE DISPUTE RESOLUTION COMPLIANCE REPORT**

Complete one option and file this report with the Clerk's Office:

___

**Option 1**

☐   The neutral elects to extend the deadline for completing ADR for 14 days and will continue efforts to assist the parties in reaching a settlement. Revised completion deadline: _____. *Such an election by the neutral is permitted once during the span of a mediation in a single case.* **If the parties require more time to complete mediation, lead counsel must file a motion with the Court.**

___

**Option 2**

☒   An ADR conference was held on: _____January 28, 2025_____.

All required individuals, parties, counsel of record, corporate representatives, and/or claims professionals attended and participated in the ADR conference in good faith, and each possessed the requisite settlement authority;

The following individuals, parties, counsel of record, corporate representatives, and/or claims professionals failed to appear and/or participate in good faith as ordered: _____
_____.

The ADR referral was concluded on  January 28, 2025 . The parties [☐ did   ☒ did not] achieve a settlement.                                                                                                             *Check One*

___

**Option 3**

☐   Although this case was referred to ADR, a conference WAS NOT HELD**.**
___

Date:   February 3, 2025     Neutral:    /s/ Francis X. Neuner, Jr.