UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| AVIVA BUCK-YAEL, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:23-cv-00492-JAR |
| | ) | |
| WASHINGTON UNIVERSITY, | ) | |
| | ) | |
| Defendant. | ) | |

## **ORDER**

This matter is before the Court on Defendant Washington University's consent motion for extension of time to file its reply to the motion for summary judgment and joint motion to amend the case management order. ECF No. 59. Defendant requests an extension of time to file its reply to the motion for summary judgment, up to and including June 20, 2025. The parties also jointly request an amendment to the Court's case management order, specifically an extension of the trial date from its current setting of August 18, 2025, to May 18, 2026.

For good cause shown, the Court will grant the consent motion for extension of time but will grant in part and deny in part the joint motion to amend the case management order. Defendant will be permitted additional time to file its reply to the motion for summary judgment, and the Court will vacate the currently scheduled pretrial conference and trial. But the Court will not reset a date for trial at this time and instead will set a further schedule after ruling on Defendant's motion for summary judgment.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Washington University's consent motion for extension of time to file its reply to the motion for summary judgment is **GRANTED**, and Defendant shall file its reply by **June 20, 2025**.

**IT IS FURTHER ORDERED** that the parties' joint motion to amend the case management order is **GRANTED in part** and **DENIED in part**. The previously scheduled final pre-trial conference and trial date are **VACATED**. The Court will set a further schedule once it has ruled on Defendant's motion for summary judgment.

Dated this 7th day of May, 2025.

_____
JOHN A. ROSS
UNITED STATES DISTRICT JUDGE